**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | Chapter 11 |
|  | § |  |
| ANGSTROM ALUMINUM CASTINGS | § | Case No. 26-11543-cgb |
| TEXAS, LLC, | § |  |
|  | § |  |
| Debtor. | § |  |

**NOTICE OF EMERGENCY HEARING**

**PLEASE TAKE NOTICE** that an emergency hearing has been set in the above-referenced case for **Friday, August 7, 2026 at 2:30 p.m**., prevailing Central time, before the Honorable Michael M. Parker, United States Bankruptcy Court for the Western District of Texas, to consider the following matters:

a.  *Debtor's Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue to Operate Its Cash Management System and Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related to the Use Thereof, and (B) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief* [Doc. 5]; and

b.  *Debtor's Emergency Motion for Authority to Pay Prepetition Wages, Compensation and Employee Benefits* [Doc. 6].

**PLEASE TAKE FURTHER NOTICE that this hearing will be held remotely via Zoom at  https://www.zoomgov.com/my/parkercourt1.  Parties may instead attend via telephone. The conference call dial-in number is 669-254-5252. Meeting ID: 160-5269-3674.**

12131301v1 (76103.00002.000)

Dated: August 6, 2026

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

*/s/ Jason Binford*

Jason Binford (SBN 24045499)
Casey Roy (SBN 00791578)
401 Congress Ave., Suite 2100
Austin, Texas 78701
Telephone: (512) 487-6650
Email: jbinford@krcl.com
Email: croy@krcl.com

- and -

JaKayla J. DaBera (SBN 24129114)
901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone: (214) 777-4200
Email: jdabera@krcl.com

**PROPOSED COUNSEL FOR DEBTOR
AND DEBTOR-IN-POSSESSION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 6, 2026, a true and correct copy of the foregoing document, together with all exhibits and attachments hereto, was filed with the Court and served to the parties listed in the attached Limited Service List via the Court's CM/ECF system or email.

*/s/ Jason Binford*
Jason Binford

## <u>LIMITED SERVICE LIST</u>

**<u>20 Largest Unsecured Creditors</u>**
Airgas USA LLC - Central Div.
259 North Radnor-Chester Road
Suite 100
Radnor, PA 19087
wecanhelp@airgas.com

Bestway Agency (Shenzhen) Co., Ltd.
2/F Building 7
Fuqiao
Shenzhen
CHINA
bestwaycs@2bestway.com ;
szx@2bestway.com.cn

Boltun/QST Corporation
3F, No. 203,Sec.1
Changrong Rd.
70143 Tianan City
TAIWAN
qstmail@qst.com.tw

Chem-Trend Incorporated Lockbox 22002
22002 Network
Chicago, IL 60673
jhebda@chemtrend.com

Constellation New Energy, Inc.
PO Box 4640
Carol Stream, IL 60197
customercare@constellation.com

Crosslink International, Inc.
6140 Kit Road
Pipersville, PA 18947
snpollazzi@c-i-inc.com

Danhil Containers, Inc.
3715 Lucius McCelvey Drive
P.O. Box 2089
Temple, TX 76503-2089
toryv@danhilcontainers.com

DXP Enterprises, Inc.
2590 Oakmont Drive
#220
Round Rock, TX 78665
matthew.edins@dxpe.com

Janel Group, LLC
4101 Interwood N. Parkway
Suite 100
Houston, TX 77032
tolea@janelgroup.com

Magma Foundry Technologies, Inc.
2340 South Arlington Heights Rd
Arlington Heights, IL 60005
info@magmasoft.com

Metal Finishing Solutions, Inc.
46 N. 49th
Phoenix, AZ 85043
bgrizelj@jlprecision.com

Millwood, Inc.
3708 International Boulevard
Vienna, OH 44473
zlopez@millwoodinc.com

Ningbo Shengji Machinery Co., Ltd.
No. 7 Yingluohe Road
Beilun Daqi Ningbo City
315806 Zhejiang
CHINA
cj666@cj666.com

Ningbo Sindar Mould Manufacture Co. Ltd.
No. 28 Guantanghe Road
Beilun District, Ningbo City
315806 Zhejiang
CHINA
ganjj@sindar-nb.com

Precision Plating Company, Inc.
c/o Gary Belmonti
4123 W. Peterson Ave.
Chicago, IL 60646
jeremiah.britt@ppc1904.com

Stirweld
2791 Research Drive
Rochester, MI 48309-3575
contact@stirweld.com

Suzhou Weiliang Electric Co., Ltd.
#B No. 101 Fuli
Guangfu Town
215159 Suzhou
CHINA
w.weiliangdz@163.com; iliangdz@163.com

Valor Renewables, Inc.
11280 Charles Road
Houston, TX 77041
khami@valorrenewables.com

Vestis
2680 Palumbo Drive
Lexington, KY 40509
vestis-ebilling@vestis.com

XPO Logistics Inc.
29559 Network Place
Chicago, IL 60673
ltlccg@xpo.com

**Counsel for Tesla (via email)**
Jason Boland
Norton Rose Fulbright
1550 Lamar St., Ste. 2000
Houston, TX 77010
Jason.boland@nortonrosefulbright.com

**Parties Requesting Service via ECF**
Samantha S. Lieb on behalf of
U.S. Trustee United States Trustee - AU12
samantha.lieb2@usdoj.gov;
Adrian.Duran@usdoj.gov;
Omar.E.Jones@usdoj.gov

Julie A. Parsons on behalf of
Creditor Tax Appraisal District of Bell County
jparsons@mvbalaw.com,
amy.gates@mvbalaw.com;
kalexander@mvbalaw.com;
anne.garza@mvbalaw.com;
julie.parsons@ecf.courtdrive.com

United States Trustee - AU12
ustpregion07.au.ecf@usdoj.gov