**Expedited hearing shall be held on 8/7/2026 at 02:30 PM in https://www.zoomgov.com/my/parkercourt1 Meeting ID: 160 5269 3674. Movant is responsible for notice.**



**The relief described hereinbelow is SO ORDERED.**

**Signed August 06, 2026.**

_____
**CHRISTOPHER G. BRADLEY**
**UNITED STATES BANKRUPTCY JUDGE**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| ANGSTROM ALUMINUM CASTINGS TEXAS, LLC, | § § § | Case No. 26-11543-cgb |
| Debtor. | § § § | |

### ORDER GRANTING MOTION FOR EMERGENCY HEARING

Before the Court is the *Motion for Emergency Hearing* (the "**Motion**") filed by Angstrom Aluminum Castings Texas, LLC (the "**Debtor**"), seeking an emergency hearing on *Debtor's Emergency Motion for Authority to Pay Prepetition Wages, Compensation and Employee Benefits* (the "**Wages Motion**") and *Debtor's Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue to Operate Its Cash Management System and Maintain Existing Bank Accounts and Business Forms and Honor Certain Prepetition Obligations Related to the Use Thereof, and (B) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief* (the "**Cash Management Motion**") filed on August 6, 2026.

1

The Court finds that the Motion should be granted as set forth below.

ACCORDINGLY, IT IS THEREFORE ORDERED that the Wages Motion and the Cash Management Motion are scheduled for an emergency hearing on the date and time listed above. Debtor is responsible for notice of the hearing.

# # #

*Submitted by and Entry Requested by:*

KANE RUSSELL COLEMAN LOGAN PC
Jason Binford (SBN 24045499)
Casey Roy (SBN 00791578)
401 Congress Ave., Suite 2100
Austin, Texas 78701
Telephone: (512) 487-6650
Email: jbinford@krcl.com
Email: croy@krcl.com

- and -

JaKayla J. DaBera (SBN 24129114)
901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone: (214) 777-4200
Email: jdabera@krcl.com

PROPOSED COUNSEL FOR DEBTOR
AND DEBTOR-IN-POSSESSION