**The relief described hereinbelow is SO ORDERED.**

**Signed August 07, 2026.**

_____
**CHRISTOPHER G. BRADLEY**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| | § | **Case No. 26-11543-cgb** |
| **ANGSTROM ALUMINUM** | § | |
| **CASTINGS TEXAS, LLC,** | § | **Chapter 11** |
| | § | |
| **Debtor** | § | |

## ORDER TRANSFERRING CASE AND REASSIGNING BUSINESS OF THE COURT

The Debtor, Angstrom Aluminum Castings Texas, LLC, filed its voluntary chapter 11 petition in the Austin Division on August 4, 2026. According to the petition, the Debtor's principal place of business is in Bell County, Texas.[1] Under Local Rule 1002-1(b), this case should have been filed in the Waco Division.

**THEREFORE, IT IS HEREBY ORDERED** and **NOTICE** is given that the above-referenced Chapter 11 case is hereby transferred and reassigned to the United States Bankruptcy Court for the Western District of Texas, Waco Division.

---

[1] ECF No. 1 at 1.

1

**IT IS FURTHER ORDERED** that the Clerk of the Court shall immediately cause a copy of this Order to be served on all parties making an appearance in this case.

# # #